The first case on calendar for argument is Urrea-Reyes v. Holder. Counsel, we understand that you've resolved this case. Could you please state on the record what the resolution is? I'm Marshall Whited on behalf of the Petitioner, Your Honor. Jonathan Robbins here on behalf of Eric Holder, the Respondent, Your Honor. All right. What is the nature of the resolution? Basically, the government has offered and the client has accepted prosecutorial discretion. This is outside of what happened in Obama's speech last night. I'm sorry. It was a late break in development on Wednesday night. I wasn't able to contact him before we came out here, unfortunately. But this is independent of yesterday's announcement. So if you would file a joint motion to dismiss the appeal, we would be happy to approve it. Well, actually, we were hoping that the Court could hold the case while we're sorting through the details. We have agency approval. But I'm not sure the specific whether we're either going to remand or move to dismiss. All right. And we're still sorting through the logistics of how the agency will do it, whether it will be in the context of a joint motion to reopen with the Board or whether we'll move to remand with this Court. So we would ask that the Court just hold the case until we sort through the details. Well, take it off calendar, defer submission, and ask for a status report within 30 days. If you all have not dismissed it within 30 days, we'll proceed further to resolve the case. Is that fair? That's fair. Yes, Your Honor. All right. Thank you. Thank you.
judges: Marshall, Rawlinson, Friedland